**Exhibit B**

Omega Liquidating Trust
16th Omnibus Objection - Reassessing

| State | Locality | Parcel Identifier | Claim No. | 2003 Assessment | 2003 Total Tax | 2003 Adj. Assessment | 2003 Adj. Tax | Payments to Date | Adj. Net Tax Owed | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| NM | OTERO COUNTY | | | $239,698.00 | $6,274.73 | $17,511.00 | $458.02 | $206.44 | $251.58 | |
| | OTERO COUNTY | | | | $6,274.73 | | $458.02 | $206.44 | $251.58 | |
| OH | CUYAHOGA COUNTY | 143-25-610A | 875 | $184,780.00 | $16,857.00 | $43,508.82 | $4,457.09 | | $4,457.09 | |
| OH | CUYAHOGA COUNTY | 217-29-532A | 875 | $32,340.00 | $2,952.34 | $8,590.89 | $783.26 | | $783.26 | |
| OH | CUYAHOGA COUNTY | 794-39-522A | 875 | $2,940.00 | $241.66 | $777.35 | $63.90 | | $63.90 | |
| OH | CUYAHOGA COUNTY | 795-52-516A | 875 | $18,380.00 | $1,575.18 | $4,859.76 | $416.48 | | $416.48 | |
| OH | CUYAHOGA COUNTY | 304-37-522A | 875 | $29,400.00 | $3,075.24 | $7,773.54 | $813.11 | | $813.11 | |
| OH | CUYAHOGA COUNTY | 315-25-640A | 875 | $42,630.00 | $5,969.52 | $11,271.63 | $1,583.66 | | $1,583.66 | |
| OH | CUYAHOGA COUNTY | 546-29-522A | 875 | $26,310.00 | $2,457.60 | $6,692.12 | $649.80 | | $649.80 | |
| OH | CUYAHOGA COUNTY | 204-28-522A | 875 | $31,470.00 | $4,346.00 | $8,320.86 | $1,149.11 | | $1,149.11 | |
| OH | CUYAHOGA COUNTY | 788-22-536A | 875 | $27,340.00 | $2,712.12 | $7,228.88 | $717.19 | | $717.10 | |
| OH | CUYAHOGA COUNTY | 814-34-541A | 875 | $33,250.00 | $3,148.78 | $8,791.50 | $832.56 | | $832.56 | |
| | CUYAHOGA COUNTY | | | $308,000.00 | $43,385.42 | | $11,466.08 | $0.00 | $11,466.08 | |
| OR | LINN COUNTY | | 797 | | $3,822.39 | $39,000.00 | $487.17 | $3,571.04 | $0.00 | |
| | LINN COUNTY | | | | $3,822.39 | | $487.17 | $3,571.04 | $0.00 | |
| TX | DAVIDSON COUNTY | | | $598,272.00 | $27,386.48 | $105,668.78 | $4,837.09 | $1,802.03 | $3,035.06 | INCLUDES THE CITY OF NASHVILLE |
| | DAVIDSON COUNTY | | | | $27,386.48 | | $4,837.09 | $1,802.03 | $3,035.06 | |
| TX | ARMSTRONG COUNTY | | 1716 | $364,560.00 | $3,095.57 | $59,752.00 | $497.64 | $199.74 | $297.79 | CAD |
| | ARMSTRONG COUNTY | | | | $3,095.57 | | $497.64 | $199.74 | $297.79 | |
| TX | AUSTIN COUNTY | | 1732 | $48,120.00 | $721.80 | $15,960.00 | $239.85 | $47.49 | $192.36 | BRAZOS ISD |
| | AUSTIN COUNTY | | | | $721.80 | | $239.85 | $47.49 | $192.36 | |
| TX | BEXAR COUNTY | Judson ISD | 1419 | $123,120.00 | $2,106.61 | $19,436.42 | $345.19 | $143.88 | $201.31 | JUDSON ISD |
| TX | BEXAR COUNTY | County | 1741 | $235,200.00 | $4,538.05 | $37,130.00 | $715.40 | $298.60 | $417.80 | VARIOUS |
| | BEXAR COUNTY | | | | $6,724.66 | | $1,061.59 | $442.48 | $619.11 | |
| TX | CALDWELL COUNTY | 2593 | 1674 | $8,310.00 | $198.29 | $2,075.46 | $46.53 | | $46.53 | |
| TX | CALDWELL COUNTY | 2594 | 1674 | $23,020.00 | $422.96 | $5,749.35 | $105.64 | | $105.64 | |
| TX | CALDWELL COUNTY | 2595 | 1674 | $1,730.00 | $21.97 | $432.08 | $5.49 | | $5.49 | |
| TX | CALDWELL COUNTY | 2596 | 1674 | $7,740.00 | $43.91 | $1,933.10 | $10.97 | | $10.97 | |
| | CALDWELL COUNTY | | | | $675.13 | | $168.63 | $0.00 | $168.62 | |
| TX | CAMP COUNTY | 99400020 | 1742 | $114,540.00 | $2,098.59 | $20,237.33 | $369.02 | $144.47 | $224.55 | |
| | CAMP COUNTY | | | | $2,098.59 | | $369.02 | $144.47 | $224.55 | |
| TX | CASS COUNTY | 99400070 | 1453 | $16,500.00 | $93.42 | $2,789.57 | $15.85 | $6.15 | $9.70 | |
| TX | CASS COUNTY | 99400020 | 1453 | $26,040.00 | $139.54 | $4,418.22 | $23.69 | $9.19 | $14.50 | |
| TX | CASS COUNTY | 99400030 | 1453 | $10,590.00 | $56.63 | $1,791.72 | $9.61 | $3.73 | $5.88 | |
| TX | CASS COUNTY | 99400040 | 1453 | $20,700.00 | $514.35 | $3,512.18 | $87.27 | $33.84 | $53.43 | |
| TX | CASS COUNTY | 99400010 | 1453 | $32,100.00 | $172.13 | $5,446.43 | $29.21 | $11.33 | $17.88 | |
| TX | CASS COUNTY | 99400060 | 1453 | $52,320.00 | $1,029.50 | $8,877.17 | $174.69 | $67.75 | $106.95 | |
| TX | CASS COUNTY | 99400080 | 1453 | $55,080.00 | $311.63 | $9,345.46 | $52.92 | $20.52 | $32.40 | |
| TX | CASS COUNTY | 99400050 | 1453 | $53,000.00 | $337.52 | $10,669.25 | $57.32 | $22.23 | $35.09 | |
| TX | CASS COUNTY | 99400070 | 1728 | $16,500.00 | $334.13 | $2,799.57 | $56.68 | $21.99 | $34.71 | |
| TX | CASS COUNTY | 99400020 | 1728 | $26,040.00 | $557.02 | $4,418.22 | $94.51 | $35.65 | $57.86 | |
| TX | CASS COUNTY | 99400030 | 1728 | $10,596.00 | $232.13 | $1,791.72 | $39.38 | $15.27 | $24.11 | |
| TX | CASS COUNTY | 99400010 | 1728 | $32,100.00 | $467.40 | $5,446.43 | $82.70 | $32.07 | $50.63 | |
| TX | CASS COUNTY | 99400080 | 1728 | $55,080.00 | $803.53 | $9,345.46 | $136.34 | $52.87 | $83.46 | |
| TX | CASS COUNTY | 99400050 | 1728 | $63,000.00 | $982.88 | $10,669.25 | $166.77 | $64.67 | $102.09 | |
| | CASS COUNTY | | | | $6,052.57 | | $1,026.94 | $398.26 | $628.68 | |
| TX | CHILDRESS COUNTY | 19071 | 1713 | $187,090.00 | $3,501.58 | $36,812.11 | $767.25 | $230.40 | $536.85 | |
| TX | CHILDRESS COUNTY | 19073 | 1713 | $16,420.00 | $429.48 | $3,597.89 | $94.11 | $28.26 | $65.85 | |
| | CHILDRESS COUNTY | | | | $3,931.06 | | $861.36 | $258.66 | $602.69 | |
| TX | CLAY COUNTY | 36104 | 1437 | $3,000.00 | $72.16 | $1,475.26 | $35.48 | $4.75 | $30.74 | |
| TX | CLAY COUNTY | 36105 | 1437 | $24,690.00 | $532.11 | $12,141.36 | $261.67 | $35.01 | $226.65 | |
| TX | CLAY COUNTY | 36106 | 1437 | $3,000.00 | $81.32 | $1,475.26 | $39.98 | $5.35 | $34.64 | |
| TX | CLAY COUNTY | 36107 | 1437 | $65,700.00 | $1,389.97 | $32,308.12 | $683.37 | $91.44 | $591.93 | |
| | CLAY COUNTY | | | | $2,075.26 | | $1,020.51 | $136.55 | $883.96 | |
| TX | DALLAM COUNTY | 21 10003 0000 2806 | 1711 | $4,730.00 | $17.44 | $885.58 | $3.27 | $1.15 | $2.12 | |
| TX | DALLAM COUNTY | 41 10003 0000 1000 | 1711 | $65,370.00 | $240.99 | $12,252.78 | $45.17 | $15.86 | $29.31 | |
| TX | DALLAM COUNTY | 83 10003 0000 5000 | 1711 | $34,760.00 | $128.15 | $6,515.32 | $24.02 | $8.43 | $15.59 | |

Omega Liquidating Trust
15th Omnibus Objection - Reassessing

| State | Locality | Parcel Identifier | Claim No. | 2003 Assessment | 2003 Total Tax | 2003 Adj. Assessment | 2003 Adj. Tax | Payments to Date | Adj. Net Tax Owed | Components |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | DALLAM COUNTY | 84 10003 0000 5000 | 1711 | $26,940.00 | $93.32 | $5,049.56 | $18.62 | $6.54 | $12.08 | |
| TX | DALLAM COUNTY | 21 10003 0000 2800 | 1711 | $4,730.00 | $94.76 | $866.58 | $17.76 | $6.24 | $11.53 | CAD |
| TX | DALLAM COUNTY | 41 10003 0000 1000 | 1711 | $65,370.00 | $1,087.39 | $12,252.78 | $203.80 | $71.54 | $132.26 | |
| TX | DALLAM COUNTY | 83 10003 0000 5000 | 1712 | $34,760.00 | $76.12 | $6,515.32 | $14.27 | $5.01 | $9.26 | |
| TX | DALLAM COUNTY | 84 10003 0000 5000 | 1712 | $26,940.00 | $82.74 | $5,049.56 | $11.76 | $4.13 | $7.63 | |
| TX | DALLAM COUNTY | 92 10003 0000 2800 | 1712 | $57,970.00 | $823.17 | $10,865.75 | $154.29 | $54.16 | $100.13 | |
| | DALLAM COUNTY | | | | $2,629.99 | | $482.96 | $173.05 | $319.91 | |
| TX | DONLEY COUNTY | 20031167 | 1710 | $7,480.00 | $206.47 | $1,818.41 | $50.19 | $13.59 | $36.61 | |
| TX | DONLEY COUNTY | 20031168 | 1710 | $83,920.00 | $1,863.50 | $19,915.00 | $453.02 | $122.62 | $330.40 | CAD |
| TX | DONLEY COUNTY | 20031169 | 1710 | $4,860.00 | $124.53 | $1,132.85 | $30.27 | $8.19 | $22.06 | |
| TX | DONLEY COUNTY | 20031170 | 1710 | $51,220.00 | $1,218.04 | $12,451.74 | $296.11 | $80.15 | $215.96 | |
| TX | DONLEY COUNTY | 20031171 | 1710 | $22,026.00 | $302.55 | $5,363.13 | $73.55 | $19.91 | $53.64 | |
| TX | DONLEY COUNTY | 20031172 | 1710 | $62,150.00 | $1,413.77 | $15,108.86 | $343.69 | $93.03 | $250.67 | |
| | DONLEY COUNTY | | | | $5,128.86 | | $1,246.84 | $337.48 | $909.36 | |
| TX | EL PASO COUNTY | | 1880 | $16,500.00 | $499.08 | $2,704.13 | $81.79 | $32.84 | $46.95 | CITY/COUNTY |
| TX | EL PASO COUNTY | | 1880 | $133,140.00 | $4,027.80 | $21,819.87 | $660.10 | $255.03 | $395.07 | |
| | EL PASO COUNTY | | | | $4,526.86 | | $741.89 | $287.87 | $444.02 | |
| TX | ELLIS COUNTY | ENNIS | 1642 | $43,290.00 | $715.11 | $4,662.09 | $77.01 | $47.05 | $29.96 | ENNIS ISD |
| TX | ELLIS COUNTY | ENNIS/BARDWELL CITY | 1642 | $1,960.00 | $36.07 | $213.24 | $3.88 | $2.37 | $1.51 | |
| | ELLIS COUNTY | | | | $751.18 | | $80.90 | $49.43 | $31.47 | |
| TX | FORT BEND COUNTY | L.I.D. | 1591 | $1,216,610.00 | $2,554.88 | $46,549.51 | $97.15 | $167.20 | $0.00 | FT BEND UD |
| TX | FORT BEND COUNTY | 9960-03-099-0060-907 | 2059 | $1,216,610.00 | $16,371.67 | $46,549.51 | $243.79 | $416.99 | $0.00 | |
| TX | FORT BEND COUNTY | 9960-03-201-0101-905 | 2059 | $38,480.00 | $1,191.08 | $1,395.76 | $7.31 | $12.50 | $0.00 | |
| TX | FORT BEND COUNTY | 9960-03-201-0098-901 | 203 | $26,760.00 | $588.57 | $1,023.86 | $22.40 | $38.32 | $0.00 | |
| TX | FORT BEND COUNTY | 9960-03-201-0097-901 | 203 | $13,230.00 | $362.93 | $506.19 | $13.89 | $23.73 | $0.00 | |
| TX | FORT BEND COUNTY | 9960-03-099-0094-901 | 203 | $5,080.00 | $150.70 | $193.60 | $5.77 | $9.85 | $0.00 | |
| TX | FORT BEND COUNTY | 9960-03-099-0060-907 | 1734 | $1,252,210.00 | $20,317.00 | $47,910.59 | $777.35 | $1,329.60 | $0.00 | FT BEND ISD |
| TX | FORT BEND COUNTY | 9960-03-201-0085-910 | 1310 | $10,656.00 | $194.96 | $415.13 | $7.46 | $12.76 | $0.00 | |
| | FORT BEND COUNTY | | | | $30,728.96 | | $1,175.72 | $2,010.95 | $0.00 | |
| TX | GONZALES COUNTY | H80681 | 1717 | $9,406.00 | $251.45 | $1,014.70 | $27.14 | $16.57 | $10.58 | |
| TX | GONZALES COUNTY | H80682 | 1717 | $47,430.00 | $1,171.91 | $5,113.86 | $126.60 | $77.21 | $49.30 | |
| TX | GONZALES COUNTY | H80683 | 1717 | $129,460.00 | $3,164.01 | $13,974.85 | $343.55 | $208.46 | $133.10 | STAFFORD MUN. SD |
| TX | GONZALES COUNTY | H80680 | 1717 | $17,086.00 | $240.55 | $1,841.58 | $25.97 | $15.85 | $10.12 | |
| | GONZALES COUNTY | | | | $4,827.92 | | $521.16 | $318.09 | $203.09 | |
| TX | HALL COUNTY | 252297 | 1709 | $2,600.00 | $65.30 | $701.11 | $17.88 | $4.36 | $13.52 | |
| TX | HALL COUNTY | 252298 | 1709 | $8,320.00 | $229.24 | $2,243.54 | $61.82 | $15.08 | $46.73 | |
| TX | HALL COUNTY | 252299 | 1709 | $59,540.00 | $1,357.28 | $16,055.35 | $374.09 | $91.28 | $282.81 | |
| | HALL COUNTY | | | | $1,651.82 | | $453.78 | $110.73 | $343.05 | |
| TX | HARRIS COUNTY | WIP M&E, Fiber, etc. | 1593 | $29,460.00 | $493.29 | $1,985.29 | $32.92 | $32.64 | $0.28 | ALIEF ISD |
| TX | HARRIS COUNTY | 017-0900784 | 1692 | $48,260.00 | $830.42 | $3,221.86 | $55.42 | $54.95 | $0.47 | KLEIN ISD |
| TX | HARRIS COUNTY | WIP M&E, Fiber, etc. | 1764 | $51,040.00 | $968.85 | $3,406.05 | $64.15 | $63.64 | $0.54 | CROSBY ISD |
| TX | HARRIS COUNTY | WIP M&E, Fiber, etc. | 1859 | $67,590.00 | $1,013.58 | $3,543.17 | $67.64 | $67.07 | $0.57 | SPRING ISD |
| TX | HARRIS COUNTY | WIP M&E, Fiber, etc. | 1722 | $359,020.00 | $1,056.46 | $3,936.59 | $70.50 | $69.91 | $0.60 | CYPRESS FAIRBANKS ISD |
| TX | HARRIS COUNTY | 090-0764-4 | 781 | $74,950.00 | $1,250.17 | $5,001.65 | $83.43 | $82.72 | $0.71 | ALDINE ISD |
| TX | HARRIS COUNTY | 055-760-5 | 781 | $5290,000.00 | $4,170.00 | $16,683.30 | $278.28 | $275.93 | $2.35 | ALDINE ISD |
| TX | HARRIS COUNTY | Spring Branch ISD | 1763 | $1,684,190.00 | $30,121.84 | $113,056.73 | $2,010.13 | $1,993.14 | $16.99 | SPRING BRANCH ISD |
| TX | HARRIS COUNTY | Spring Branch ISD | 1763 | $27,790.00 | $502.00 | $1,884.52 | $33.57 | $33.28 | $0.28 | |
| TX | HARRIS COUNTY | Houston ISD | 1735 | $3,202,010.00 | $50,581.76 | $213,680.39 | $3,576.15 | $3,547.62 | $28.53 | HOUSTON ISD |
| TX | HARRIS COUNTY | 2-03S6219 | 2253 | $3,202,010.00 | $44,271.09 | $213,056.73 | $2,954.35 | $2,929.38 | $24.97 | VARIOUS |
| TX | HARRIS COUNTY | 2-0900779 | 2253 | $1,664,190.00 | $21,655.61 | $111,056.73 | $1,445.15 | $1,432.93 | $12.21 | |
| TX | HARRIS COUNTY | 2-0900764 | 2253 | $481,710.00 | $4,380.54 | $32,145.05 | $290.99 | $288.53 | $2.46 | |
| TX | HARRIS COUNTY | 2-0900784-09047 | 2253 | $46,760.00 | $65.09 | $3,121.78 | $4.34 | $4.31 | $0.04 | |
| TX | HARRIS COUNTY | 2-0900784-09048 | 2253 | $47,450.00 | $38.59 | $3,166.49 | $2.58 | $2.55 | $0.02 | |
| TX | HARRIS COUNTY | 2-0900784-09634 | 2253 | $9,620.00 | $4.81 | $641.97 | $0.32 | $0.32 | $0.00 | |
| TX | HARRIS COUNTY | 2-0900784-09836 | 2253 | $21,150.00 | $10.68 | $1,411.41 | $0.71 | $0.70 | $0.01 | |
| TX | HARRIS COUNTY | 2-0900784-09839 | 2253 | $31,230.00 | $15.62 | $2,084.06 | $1.04 | $1.03 | $0.01 | |
| TX | HARRIS COUNTY | 2-0900784-09842 | 2253 | $15,160.00 | $7.58 | $1,011.64 | $0.51 | $0.50 | $0.01 | |
| TX | HARRIS COUNTY | 2-0900784-09847 | 2253 | $18,480.00 | $9.24 | $1,233.23 | $0.62 | $0.61 | $0.01 | |

Omega Liquidating Trust
15th Omnibus Objection - Remaining

| State | Locality | Parcel Identifier | Claim No. | 2003 Assessment | 2003 Total Tax | 2003 Adj. Assessment | 2003 Adj. Tax | Payments to Date | Adj. Net Tax Owed | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | HARRIS COUNTY | 2-090078409669 | 2253 | $61,000.00 | $25.50 | $3,408.39 | $1.70 | $1.69 | $0.01 | |
| TX | HARRIS COUNTY | 2-080078409670 | 2253 | $46,920.00 | $23.46 | $3,131.12 | $1.57 | $1.55 | $0.01 | |
| TX | HARRIS COUNTY | 209957605 | 2253 | $1,250,000.00 | $3,539.44 | $16,683.30 | $236.20 | $234.20 | $2.00 | |
| TX | HARRIS COUNTY | WIP M&E, Fiber, etc. | 1919 | $16,840.00 | $291.33 | $1,123.79 | $19.44 | $19.28 | $0.16 | TOMBALL ISD |
| | HARRIS COUNTY | | | | $165,310.55 | | $11,031.72 | $10,935.49 | $93.24 | |
| TX | HARTLEY COUNTY | 52503013 | 1708 | $156,330.00 | $2,235.52 | $12,761.45 | $182.49 | $147.10 | $35.39 | CAD |
| TX | HARTLEY COUNTY | 52503014 | 1708 | $214,310.00 | $708.68 | $17,494.45 | $57.95 | $46.63 | $11.22 | |
| TX | HARTLEY COUNTY | 525Q3015 | 1708 | $200,850.00 | $48.85 | $16,403.85 | $3.98 | $3.21 | $0.77 | |
| TX | HARTLEY COUNTY | 52503016 | 1708 | $135,006.00 | $295.65 | $11,020.25 | $24.13 | $19.45 | $4.68 | |
| | HARTLEY COUNTY | | | | $3,088.70 | | $268.46 | $216.49 | $52.97 | |
| TX | HAYS COUNTY | P102680A | 1855 | $64,890.00 | $1,827.92 | $10,220.54 | $209.12 | $87.38 | $121.75 | |
| TX | HAYS COUNTY | P102892 | 1671 | $64,890.00 | $1,469.58 | $10,218.96 | $231.43 | $96.70 | $134.73 | |
| TX | HAYS COUNTY | P102893 | 1871 | $4,950.00 | $85.61 | $779.53 | $13.48 | $5.63 | $7.85 | |
| TX | HAYS COUNTY | P102894 | 1678 | $7,762.00 | $21.47 | $1,222.37 | $3.38 | $1.41 | $1.97 | |
| TX | HAYS COUNTY | P102896 | 1668 | $9,210.00 | $29.38 | $1,450.40 | $4.63 | $1.93 | $2.69 | |
| TX | HAYS COUNTY | P102897 | 1664 | $33,210.00 | $156.42 | $5,229.95 | $24.63 | $10.29 | $14.34 | |
| | HAYS COUNTY | | | | $3,090.36 | | $496.67 | $203.35 | $283.33 | |
| TX | JEFFERSON COUNTY | 9.18 mi of cable | 241 | $41,150.00 | $1,191.42 | $7,476.80 | $216.48 | $78.40 | $138.08 | |
| TX | JEFFERSON COUNTY | .66 mi of cable | 241 | $61,890.00 | $309.74 | $9,428.22 | $56.28 | $20.38 | $35.90 | |
| TX | JEFFERSON COUNTY | 12.81 mi of cable | 241 | $104,020.00 | $712.84 | $18,980.05 | $129.52 | $46.90 | $82.62 | |
| TX | JEFFERSON COUNTY | 100526-00000 | 241 | $7,980.00 | $177.13 | $1,446.30 | $33.19 | $11.66 | $20.53 | |
| TX | JEFFERSON COUNTY | 100527-00000 | 241 | $74,540.00 | $2,158.16 | $13,543.54 | $392.18 | $142.01 | $250.12 | |
| | JEFFERSON COUNTY | | | | $4,549.29 | | $820.59 | $299.34 | $527.25 | |
| TX | JOHNSON COUNTY | Burleson ISD | 1330 | $3,130.00 | $64.76 | $1,874.77 | $29.30 | $3.60 | $25.70 | |
| TX | JOHNSON COUNTY | 9.69 mi fiber | 1330 | $117,480.00 | $386.76 | $9,331.61 | $206.84 | $25.44 | $181.40 | |
| TX | JOHNSON COUNTY | Grandview City | 1330 | $2,410.00 | $17.45 | $1,289.52 | $9.34 | $1.15 | $8.19 | |
| TX | JOHNSON COUNTY | Grandview ISD | 1330 | $1,220.00 | $19.72 | $852.78 | $10.55 | $1.30 | $9.25 | |
| TX | JOHNSON COUNTY | Burleson ISD | 1330 | $9,730.00 | $215.48 | $6,206.23 | $115.30 | $14.18 | $101.12 | |
| TX | JOHNSON COUNTY | Alvarado City | 1330 | $3,430.00 | $26.18 | $1,867.33 | $14.01 | $1.72 | $12.29 | |
| TX | JOHNSON COUNTY | Joshua ISD | 1330 | $5,900.00 | $29.80 | $3,156.91 | $15.95 | $1.96 | $13.98 | |
| | JOHNSON COUNTY | | | | $749.86 | | $401.28 | $49.35 | $351.93 | |
| TX | KAUFMAN COUNTY | P51541 | 1746 | $36,480.00 | $225.92 | $3,008.52 | $18.63 | $14.87 | $3.77 | |
| TX | KAUFMAN COUNTY | P98911 | 1746 | $46,988.00 | $1,123.39 | $3,874.46 | $92.63 | $73.91 | $18.72 | |
| TX | KAUFMAN COUNTY | P27999 | 1746 | $32,706.00 | $732.15 | $2,696.78 | $60.39 | $48.18 | $12.21 | |
| TX | KAUFMAN COUNTY | P21078 | 1746 | $20,766.00 | $568.90 | $1,712.09 | $46.73 | $37.28 | $9.45 | |
| TX | KAUFMAN COUNTY | P13801 | 1746 | $21,840.00 | $656.89 | $1,801.15 | $54.17 | $43.22 | $10.95 | |
| | KAUFMAN COUNTY | | | | $3,304.87 | | $272.55 | $217.46 | $55.09 | |
| TX | LEON COUNTY | 310310 | 1670 | $41,930.00 | $712.81 | $14,638.46 | $248.66 | $49.98 | $198.88 | |
| TX | LEON COUNTY | 315315 | 1670 | $19,670.00 | $334.39 | $6,867.13 | $116.74 | $23.44 | $93.30 | |
| TX | LEON COUNTY | 320320 | 1670 | $1,650.00 | $23.35 | $576.04 | $8.15 | $1.64 | $6.51 | |
| | LEON COUNTY | | | | $1,070.55 | | $373.75 | $75.06 | $298.69 | |
| TX | MADISON COUNTY | P37159 | 2060 | $9,970.00 | $154.94 | $8,169.36 | $44.94 | $3.61 | $41.33 | NORMANGEE ISD |
| TX | MADISON COUNTY | P37160 | 2060 | $14,780.00 | $302.99 | $12,110.64 | $248.27 | $19.94 | $228.33 | NORMANGEE ISD |
| | MADISON COUNTY | | | | $657.93 | | $293.20 | $23.55 | $269.65 | CITY OF NORMANGEE |
| TX | McLENNAN COUNTY | 16C138160030 | 1993 | $12,390.00 | $244.92 | $3,422.26 | $67.63 | $13.46 | $54.17 | |
| TX | McLENNAN COUNTY | 30C138120 | 1993 | $11,940.00 | $289.38 | $3,297.00 | $74.38 | $14.81 | $59.58 | |
| TX | McLENNAN COUNTY | 30C138130 | 1993 | $6,580.00 | $175.49 | $1,803.14 | $48.46 | $9.65 | $38.81 | |
| TX | McLENNAN COUNTY | 36C138140 | 1993 | $17,170.00 | $156.94 | $1,979.68 | $43.34 | $8.63 | $34.71 | |
| TX | McLENNAN COUNTY | 36C138150 | 1993 | $12,210.00 | $329.05 | $3,399.17 | $90.86 | $18.09 | $72.77 | |
| TX | McLENNAN COUNTY | 48C138160 | 1993 | $60,430.00 | $1,263.66 | $16,666.59 | $348.91 | $69.45 | $279.46 | |
| TX | McLENNAN COUNTY | 48C138170 | 1993 | $17,530.00 | $500.37 | $4,951.03 | $138.17 | $27.50 | $110.66 | |
| TX | McLENNAN COUNTY | 50C138180 | 1993 | $28,280.00 | $620.59 | $7,803.48 | $171.36 | $34.11 | $137.25 | |
| TX | McLENNAN COUNTY | 50C138190 | 1993 | $6,360.00 | $157.19 | $1,739.63 | $43.41 | $8.64 | $34.76 | |
| TX | McLENNAN COUNTY | 16C138040 | 1993 | $5,650.00 | $138.20 | $1,560.14 | $37.64 | $7.49 | $30.12 | |
| TX | McLENNAN COUNTY | 16C138050 | 1993 | $2,340.00 | $52.98 | $646.15 | $9.11 | $1.81 | $7.30 | |
| TX | McLENNAN COUNTY | 16C138060 | 1993 | $7,560.00 | $166.60 | $2,087.65 | $29.44 | $5.86 | $23.58 | |
| TX | McLENNAN COUNTY | 20C138070 | 1993 | $16,230.00 | $365.61 | $4,481.61 | $98.19 | $19.55 | $78.65 | |
| TX | McLENNAN COUNTY | 20C138080 | 1993 | $1,340.00 | $33.52 | $370.02 | $9.25 | $1.84 | $7.41 | |

Omega Liquidating Trust
16th Omnibus Objection - Remaining

| State | Locality | Parcel Identifier | Claim No. | 2003 Assessment | 2003 Total Tax | 2003 Adj. Assessment | 2003 Adj. Tax | Payments to Date | Adj. Net Tax Owed | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | MCLENNAN COUNTY | 20C138090 | 1993 | $580.00 | $14.40 | $180.16 | $3.98 | $0.79 | $3.19 | |
| TX | MCLENNAN COUNTY | 20C138100 | 1993 | $3,530.00 | $102.05 | $974.74 | $28.18 | $5.61 | $22.57 | |
| TX | MCLENNAN COUNTY | 20C138110 | 1993 | $12,390.00 | $299.22 | $3,418.50 | $82.62 | $16.45 | $66.18 | |
| | MCLENNAN COUNTY | | | | $4,793.06 | | $1,324.90 | $268.73 | $1,061.17 | |
| TX | MONTAGUE COUNTY | | 1747 | $6,720.00 | $25.47 | $2,407.85 | $12.71 | $2.33 | $10.38 | |
| TX | MONTAGUE COUNTY | | 1747 | $1,530.00 | $8.08 | $848.22 | $2.90 | $0.53 | $2.36 | |
| TX | MONTAGUE COUNTY | | 1747 | $47,370.00 | $250.02 | $18,873.42 | $89.59 | $16.45 | $73.13 | |
| TX | MONTAGUE COUNTY | | 1747 | $1,620.00 | $8.55 | $580.47 | $3.06 | $0.56 | $2.50 | |
| | MONTAGUE COUNTY | | | | $302.12 | | $108.25 | $19.88 | $88.37 | |
| TX | MONTGOMERY COUNTY | 13.0000.00.10937 | 1733 | $227,880.00 | $1,346.77 | $9,830.29 | $58.10 | $58.62 | $0.00 | |
| TX | MONTGOMERY COUNTY | 13.3000.00.10984 | 1733 | $109,200.00 | $109.20 | $4,710.67 | $4.71 | $7.19 | $0.00 | |
| TX | MONTGOMERY COUNTY | 13.3000.00.10981 | 1733 | $106,540.00 | $1,768.56 | $4,595.92 | $76.29 | $126.37 | $0.00 | |
| | MONTGOMERY COUNTY | | | | $3,224.53 | | $139.10 | $212.17 | $0.00 | |
| TX | MOORE COUNTY | M-0704698 | 1706 | $123,916.00 | $831.20 | $35,192.00 | $237.63 | $55.09 | $182.54 | |
| TX | MOORE COUNTY | M-0704838 | 1707 | $123,960.00 | $1,830.90 | $35,190.00 | $519.68 | $120.47 | $399.20 | CAD |
| | MOORE COUNTY | | | | $2,668.10 | | $757.30 | $175.56 | $581.74 | |
| TX | MORRIS COUNTY | 0-002297 | 1331 | $8,940.00 | $145.49 | $1,489.47 | $23.91 | $9.64 | $14.28 | |
| TX | MORRIS COUNTY | 0-002311 | 1331 | $49,860.00 | $1,026.48 | $8,139.75 | $167.41 | $67.48 | $99.94 | |
| TX | MORRIS COUNTY | 0-002583 | 1331 | $11,640.00 | $292.00 | $1,900.25 | $47.67 | $19.21 | $28.46 | |
| | MORRIS COUNTY | | | | $1,463.97 | | $239.00 | $86.33 | $142.67 | |
| TX | NAVARRO COUNTY | N20100647 | 1436 | $19,210.00 | $303.15 | $4,635.03 | $71.58 | $14.89 | $56.69 | BLOOMING GROVE ISD |
| TX | NAVARRO COUNTY | N20100648 | 1436 | $2,310.00 | $36.45 | $545.41 | $8.61 | $1.79 | $6.82 | BLOOMING GROVE ISD |
| TX | NAVARRO COUNTY | N20100645 | 401 | $28,570.00 | $380.87 | $6,745.80 | $92.05 | $19.15 | $72.91 | BLOOMING GROVE ISD |
| TX | NAVARRO COUNTY | N20100646 | 401 | $16,280.00 | $124.56 | $3,843.83 | $29.41 | $6.12 | $23.29 | |
| TX | NAVARRO COUNTY | N20100647 | 401 | $19,210.00 | $146.97 | $4,535.53 | $34.70 | $7.22 | $27.48 | |
| TX | NAVARRO COUNTY | N20100648 | 401 | $2,310.00 | $25.48 | $545.41 | $6.02 | $1.25 | $4.76 | |
| TX | NAVARRO COUNTY | N20100649 | 401 | $42,630.00 | $324.63 | $10,018.05 | $76.68 | $15.94 | $60.71 | |
| TX | NAVARRO COUNTY | N20100650 | 401 | $6,230.00 | $47.66 | $1,470.95 | $11.25 | $2.34 | $8.91 | |
| TX | NAVARRO COUNTY | N20100649 | 1338 | $42,430.00 | $603.35 | $10,018.05 | $142.46 | $29.63 | $112.83 | MILDRED ISD |
| TX | NAVARRO COUNTY | N20100645 | 1438 | $28,570.00 | $434.49 | $6,745.80 | $102.59 | $21.34 | $81.25 | CORSICANA ISD |
| TX | NAVARRO COUNTY | N20100646 | 1438 | $16,280.00 | $241.59 | $3,843.83 | $58.46 | $12.16 | $46.30 | |
| | NAVARRO COUNTY | | | | $2,684.20 | | $633.76 | $131.82 | $501.94 | |
| TX | ORANGE COUNTY | 808940 | 202 | $136,970.00 | $980.54 | $11,474.19 | $77.94 | $0.00 | $77.94 | |
| TX | ORANGE COUNTY | 808941 | 202 | $5,640.00 | $93.80 | $472.47 | $7.88 | $0.00 | $7.88 | |
| TX | ORANGE COUNTY | | 202 | $8,650.00 | $14.98 | $724.62 | $1.25 | $0.00 | $1.25 | |
| TX | ORANGE COUNTY | | 202 | $32,320.00 | $351.22 | $1,969.78 | $29.42 | $0.00 | $29.42 | |
| TX | ORANGE COUNTY | 808942 | 202 | $32,070.00 | $271.31 | $2,696.55 | $22.73 | $0.00 | $22.73 | |
| TX | ORANGE COUNTY | 808943 | 202 | $5,330.00 | $29.90 | $448.50 | $2.50 | $0.00 | $2.50 | |
| TX | ORANGE COUNTY | 808944 | 202 | $6,650.00 | $28.55 | $557.08 | $2.39 | $0.00 | $2.39 | |
| TX | ORANGE COUNTY | 808945 | 202 | $22,420.00 | $355.72 | $1,878.15 | $30.05 | $0.00 | $30.05 | |
| TX | ORANGE COUNTY | 808946 | 202 | $55,530.00 | $967.61 | $4,651.84 | $81.06 | $0.00 | $81.06 | |
| TX | ORANGE COUNTY | 808947 | 202 | $5,620.00 | $5.62 | $470.80 | $0.47 | $0.00 | $0.47 | |
| TX | ORANGE COUNTY | 808948 | 202 | $22,420.00 | $6.73 | $1,878.16 | $0.56 | $0.00 | $0.56 | |
| TX | ORANGE COUNTY | 808949 | 202 | $31,080.00 | $492.30 | $2,601.95 | $41.24 | $0.00 | $41.24 | |
| | ORANGE COUNTY | | | | $3,051.08 | | $297.48 | $0.00 | $297.48 | |
| TX | SHERMAN COUNTY | | 1702 | $627,050.00 | $2,958.11 | $95,610.09 | $314.23 | $194.64 | $119.59 | |
| TX | SHERMAN COUNTY | City of Stratford | 1703 | $6,860.00 | $58.50 | $730.85 | $6.21 | $3.85 | $2.37 | |
| TX | SHERMAN COUNTY | Stratford ISD | 1703 | $688,770.00 | $9,996.56 | $73,156.37 | $1,058.72 | $655.80 | $402.92 | CAD |
| TX | SHERMAN COUNTY | Stratford Hospital | 1703 | $627,050.00 | $1,131.59 | $66,630.00 | $118.08 | $73.14 | $44.94 | |
| TX | SHERMAN COUNTY | North Plains Water | 1703 | $613,860.00 | $1,148.19 | $65,202.48 | $15.85 | $9.82 | $6.03 | |
| | SHERMAN COUNTY | | | | $14,243.95 | | $1,513.10 | $937.25 | $575.85 | |
| TX | TARRANT COUNTY | 11123986 | 1745 | $36,977.00 | $252.57 | $17,587.23 | $113.96 | $16.62 | $97.35 | |
| TX | TARRANT COUNTY | 11124008 | 1745 | $385,044.00 | $2,557.02 | $178,252.00 | $1,153.78 | $168.25 | $985.53 | |
| TX | TARRANT COUNTY | 11124032 | 1253 | $254,483.00 | $4,219.49 | $114,832.49 | $1,893.92 | $217.64 | $1,626.28 | |
| TX | TARRANT COUNTY | 11124059 | 1745 | $27,216.00 | $481.18 | $12,280.42 | $217.12 | $31.66 | $185.46 | |
| TX | TARRANT COUNTY | 11218963 | 1745 | $335,044.00 | $79.01 | $178,252.00 | $35.66 | $5.20 | $30.46 | |
| | TARRANT COUNTY | | | | $7,589.27 | | $3,424.44 | $499.37 | $2,925.06 | |
| TX | TITUS COUNTY | Chapel Hill ISD | 1743 | $15,760.00 | $236.96 | $2,578.93 | $38.73 | $15.59 | $23.13 | CAD |

Omega Liquidating Trust
15th Omnibus Objection - Remaining

| State | Local By | Parcel Identifier | Claim No. | 2003 Assessment | 2003 Total Tax | 2003 Adj. Assessment | 2003 Adj. Tax | Payments to Date | Adj. Net Tax Owed | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| TX | TITUS COUNTY | | | | $298.96 | | $38.73 | $15.59 | $23.13 | |
| TX | WHARTON COUNTY | 10-0114000-0100-54099 | 2061 | $21,370.00 | $537.60 | $17,516.23 | $440.65 | $35.37 | $405.28 | |
| | WHARTON COUNTY | | | | $537.60 | | $440.65 | $35.37 | $405.28 | |
| TX | WICHITA COUNTY | City View ISD | 858 | $11,962.00 | $302.23 | $2,305.19 | $39.00 | $13.31 | $25.70 | CITY VIEW SCHOOL |
| TX | WICHITA COUNTY | Iowa Park City | 375 | $7,440.00 | $52.08 | $1,434.96 | $10.04 | $3.43 | $6.62 | IOWA PARK CISD |
| TX | WICHITA COUNTY | Iowa Park School | 375 | $58,464.00 | $923.73 | $11,276.01 | $178.16 | $60.78 | $117.38 | |
| TX | WICHITA COUNTY | City of WF | 374 | $515,184.00 | $3,052.26 | $99,364.07 | $588.68 | $200.84 | $367.85 | CITY OF WICHITA FALLS |
| TX | WICHITA COUNTY | W.F. ISD | 374 | $514,416.00 | $8,043.41 | $99,215.95 | $1,551.34 | $529.26 | $1,022.08 | WICHITA FALLS ISD |
| TX | WICHITA COUNTY | Electra City | 374 | $5,472.00 | $43.44 | $1,055.39 | $8.38 | $2.86 | $5.52 | CITY OF ELECTRA |
| TX | WICHITA COUNTY | Electra ISD | 374 | $52,848.00 | $848.57 | $10,192.85 | $163.09 | $55.64 | $107.45 | ELECTRA ISD |
| TX | WICHITA COUNTY | Electra Hosp. | 374 | $52,752.00 | $129.31 | $10,174.33 | $24.94 | $8.51 | $16.43 | ELECTRA HOSPITAL |
| TX | WICHITA COUNTY | Wichita County | 374 | $637,080.00 | $2,651.18 | $122,880.00 | $549.91 | $187.61 | $362.30 | WICHITA COUNTY |
| | WICHITA COUNTY | | | | $16,143.21 | | $3,113.56 | $1,062.22 | $2,051.33 | |
| TX | WISE COUNTY | 7291-82 | 1607 | $15,330.00 | $327.34 | $3,627.66 | $77.51 | $21.54 | $55.97 | |
| TX | WISE COUNTY | 7291-83 | 1607 | $3,160.00 | $20.10 | $748.26 | $4.76 | $1.32 | $3.44 | CAD |
| TX | WISE COUNTY | 7291-85 | 1607 | $1,620.00 | $26.49 | $383.69 | $6.27 | $1.74 | $4.53 | |
| TX | WISE COUNTY | 7291-85 | 1607 | $50,280.00 | $812.68 | $11,905.68 | $192.48 | $53.49 | $139.00 | |
| TX | WISE COUNTY | 5638 | 1731 | $39,690.00 | $139.32 | $9,431.41 | $47.20 | $13.12 | $34.08 | |
| TX | WISE COUNTY | 5639 | 1731 | $5,870.00 | $155.14 | $1,389.97 | $38.74 | $10.21 | $26.53 | |
| TX | WISE COUNTY | 5640 | 1731 | $15,320.00 | $76.67 | $3,627.65 | $18.15 | $5.04 | $13.11 | |
| TX | WISE COUNTY | 5641 | 1731 | $3,160.00 | $15.82 | $748.26 | $3.75 | $1.04 | $2.71 | |
| TX | WISE COUNTY | 5642 | 1731 | $45,370.00 | $956.33 | $10,743.23 | $226.45 | $62.93 | $163.52 | |
| TX | WISE COUNTY | 5643 | 1731 | $1,620.00 | $8.36 | $383.60 | $1.98 | $0.55 | $1.43 | |
| TX | WISE COUNTY | 5644 | 1731 | $50,280.00 | $251.62 | $11,905.89 | $59.58 | $16.56 | $43.02 | |
| | WISE COUNTY | | | | $2,850.06 | | $674.87 | $187.53 | $487.34 | |
| TX | WOOD COUNTY | N201011185 99000020-0711863 | 1730 | $9,240.00 | $49.35 | $1,509.59 | $8.06 | $3.23 | $4.82 | |
| TX | WOOD COUNTY | N201011186 99000030-0711863 | 1730 | $12,900.00 | $72.94 | $2,107.55 | $11.92 | $4.80 | $7.12 | |
| TX | WOOD COUNTY | N201011187 99000040-0711863 | 1730 | $12,969.00 | $121.86 | $2,117.35 | $52.55 | $21.17 | $31.38 | |
| TX | WOOD COUNTY | N201011188 99000050-0711863 | 1730 | $6,120.00 | $122.64 | $999.66 | $20.04 | $8.07 | $11.97 | |
| TX | WOOD COUNTY | N201011189 99000060-0711863 | 1730 | $60,240.00 | $340.61 | $9,841.76 | $55.65 | $22.41 | $33.24 | |
| TX | WOOD COUNTY | N201011190 99000070-0711863 | 1730 | $72,720.00 | $1,419.13 | $11,880.69 | $241.65 | $97.33 | $144.33 | |
| TX | WOOD COUNTY | N201011191 99000080-0711863 | 1730 | $58,780.00 | $303.09 | $9,273.21 | $49.52 | $19.94 | $29.57 | |
| | WOOD COUNTY | | | | $2,869.42 | | $439.39 | $176.96 | $262.42 | |
| WY | LARAMIE COUNTY | 1410 | 587 | $16,123.00 | $1,064.12 | $3,271.76 | $215.94 | $0.00 | $215.94 | |
| WY | LARAMIE COUNTY | 1400 | 587 | $5,442.00 | $425.17 | $1,307.24 | $86.28 | $0.00 | $86.28 | |
| | LARAMIE COUNTY | | | | $1,489.29 | | $302.21 | $0.00 | $302.21 | |